IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GLORIA FINLEY, | |
| Plaintiff | |
| v. | Case No.: 3:13-cv-01107 |
| PENTAGROUP FINANCIAL, LLC, | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

                                                RESPECTFULLY SUBMITTED,

DATED: 12-13-13            KIMMEL & SILVERMAN, P.C.

                                        By: /s/ Amy L. Bennecoff
                                        Amy L. Bennecoff
                                        BPR # 28563
                                        30 East Butler Pike
                                        Ambler, Pennsylvania 19002
                                        Phone: (856) 429-8334
                                        Facsimile: (856) 216-7344
                                        Email: abennecoff@creditlaw.com

## Certificate of Service

I hereby certify that on this 13th day of December, a true and correct copy of the foregoing pleading served via mail to the below:

Jennifer R. Spiegel
Primary Financial Services, LLC
3141 North 3rd Avenue
Suite C-1
Phoenix, AZ 85013

DATED: 12-13-13                    KIMMEL & SILVERMAN, P.C.

By: /s/ Amy L. Bennecoff
Amy L. Bennecoff
BPR # 28563
30 East Butler Pike
Ambler, Pennsylvania 19002
Phone: (856) 429-8334
Facsimile: (856) 216-7344
Email: abennecoff@creditlaw.com